IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEMCRUDE LP, et al., | ) | Bk. No. 08-11525 (BLS) |
| | ) | |
| Debtors. | ) | |
| BETTINA M. WHYTE, | ) | |
| Appellant, | ) | |
| v. | ) | Civ. No. 13-1375-SLR |
| RITCHIE SG HOLDINGS LLC, et al., | ) | |
| Appellees. | ) | |
| BETTINA M. WHYTE, | ) | |
| Appellant, | ) | |
| v. | ) | Civ. No. 13-1376-SLR |
| RITCHIE SG HOLDINGS LLC, et al., | ) | |
| Appellees. | ) | |

# ORDER

At Wilmington this _30th_ day of September, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these matters be referred to the mediation panel;

IT IS ORDERED that the recommendation is accepted. The above captioned cases are referred to the mediation panel.

_____
United States District Judge